## U. S. A. C. TRANSPORT, INC. *v.*
## UNITED STATES ET AL.

No. 856.  Decided April 5, 1965.

*Paul F. Sullivan* for appellant.

*Solicitor General Cox, Assistant Attorney General Orrick, Robert B. Hummel, Jerry Z. Pruzansky, Robert W. Ginnane* and *Betty Jo Christian* for the United States et al.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.